UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RED MONTES,

                                        Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   03/17/26

Civ. Action No. 1:25-cv-10443-BCM

**MEMO ENDORSED**

To the Honorable Judge Moses:

Plaintiff in the above-captioned matter, by and through undersigned counsel, respectfully files this letter motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(d) and requests an extension of time through May 22, 2026, for Plaintiff to file their Brief.

As such, the joint proposed schedule under Local Rule 4.1 is as follows: it is requested Plaintiff's memorandum would be due May 22, 2026. It is requested that Commissioner of Social Security's memorandum would be due sixty days later, on July 21, 2026. Attorney Candace Brown Casey consents to this proposed schedule.

Respectfully submitted,

Dated: March 16, 2026

/s/ Ida M. Comerford, Esq.
Ida M. Comerford, Esq.
Hiller Comerford Injury & Disability Law
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
(716)564-3288
Email: icomerford@hillercomerford.com

Application GRANTED. Plaintiff's brief is due no later than **May 22, 2026**. Defendant's brief is due no later than **July 21, 2026**.

SO ORDERED.

March 17, 2026

**Barbara Moses, U.S.M.J.**

1