UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED MONTES,

Plaintiff,

-against-

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

25 CIVIL 10443 (BCM)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated July 27, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision. Upon remand, Plaintiff will be offered the opportunity for a hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
July 29, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**